**Thomas W. HILL, Plaintiff–Appellant,**

v.

**Jeffrey P. HUNT; Athena Brooks; C. Randy Pool; Zoro J. Guice, Jr.; J. Marlene Hyatt; Boyd B. Massagee; Sharon B. Alexander; State of North Carolina, Defendants–Appellees.**

No. 01–1781.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Oct. 31, 2001.

Thomas W. Hill, pro se. Mark John Pletzke, Roy Cooper, Office of the Attorney General of North Carolina, Raleigh, NC; W. Scott Jones, Long, Parker, Warren & Jones, P.A., Asheville, NC, for appellees.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Thomas W. Hill appeals the district court's order denying relief on his complaint raising claims under 42 U.S.C.A. §§ 1983, 1985 (West 1994 & Supp.2001), and seeking injunctive, declaratory, and monetary relief, including the removal of a criminal case from state court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hill v. Hunt*, No. CA–01–64–1–T (W.D.N.C. filed May 15, 2001; entered May 16, 2001). We deny Hill's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*